WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000

*Attorneys for Defendants Agnes Aleksander, Yvonne Arnone, Niegal Davis-Richard, Tina Hartshorn, Tiquionte Henry, Lela Kaveh, Ginger Land-Van Buuren, Lorenzo Muniz, Cheryl Nally, Patricia Sutherland, as Heir of Kathleen Ryerson, Daniel Taylor, Daisy Wei, Christopher Noah Wren, Christopher Brian Wren, and Emely Wren*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana,<br><br>Plaintiff,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; BRYAN ABLE, individually; SANDRA ABELE, individually; ALLON | Case No.: 2:25-cv-000399-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO DEPOSIT FUNDS IN THE COURT'S REGISTRY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (ECF NO. 8)**<br><br>**(First Request)** |

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SILVIYA ATANASOVA also known as SLYVIA ATANASOVA, individually; RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, individually; ARIKA CARRIER, individually, and on behalf of his minor children H.C. and F.C.; RYAN CARRIER, individually, and on behalf of his minor children H.C. and F.C.; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVIS-RICHARD, individually; JAMES DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as special administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; L.K., a minor child, by and through her natural parents KOUROSH KAVEH and JILL RAW; KOUROSH KAVEH, individually; JILL RAW, individually; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; S.M., a minor child, by and through his father JORGE

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1  MORALES; ORGE MORALES, individually; KARLA MORENO,
2  individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS,
3  individually; LORENZO MUNIZ, individually; CHERYL NALLY also known
4  as CHERYL NALLY, individually; MONICA BRANCH NOTO, individually;
5  ABRAHAM OLVERA, individually; BRENDA ALANIZ, as guardian ad litem for
6  ABRAHAM OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA,
7  individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually;
8  JUDITH RYERSON, as Special Administratix of the ESTATE OF
9  KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON
10 (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN
11 RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN
12 MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually;
13 CANDICE SHARAPOV, individually; L.S., a minor child, by and through his parents
14 NIKOLAY and CANDICE SHARAPOV; Z.S., a minor child, by and through her
15 parents NIKOLAY and CANDICE SHARAPOV; NIKOLAY SHARAPOV,
16 individually; CHRISTINA SOSA, individually; CAROLYN STRONG,
17 individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH
18 TEGANO, individually; NATHAN VINCELETTE, individually; MONICA
19 VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI,
20 individually; L.Y.W., a minor child by and through her mother SANTE WILLIAMS;
21 L.O.W., a minor child by and through her mother SANTE WILLIAMS; SANTE
22 WILLIAMS, individually; BRANDY WREN, individually; CHRISTOPHER
23 BRIAN WREN, individually; C.N.W., a minor child by and through his Guardian Ad
24 Litems CHRISTOPHER BRIAN WREN and EMELY WREN; EMELY WREN,
25 individually; GRACE ZIMMERMAN, individually, and DOES 1 through 100,
26 inclusive,

27                    Defendants.

28

3

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Defendants, [1] by and through their counsel of record Will Kemp, Esq. and Eric Pepperman, Esq., of the law firm of Kemp Jones, LLP, and Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively "Plaintiffs"), by and through their counsel of record, that Defendants shall have additional time to file their Opposition to Plaintiffs' Motion to Deposit Funds in the Court's Registry ("Motion to Deposit"). Plaintiffs' Motion to Deposit (ECF No. 8) was filed on March 5, 2025, and served upon Defendants on March 12, 2025. The original deadline for Defendants' Opposition, which is currently March 26, 2025, is hereby extended to **April 2, 2025**.

This Stipulation is made in good faith and not for purposes of delay. On March 5, 2025, Plaintiffs filed their Complaint in Interpleader. [ECF No. 1] (the "Complaint"). The Complaint was served upon Defendants on March 12, 2025. As a result, Defendants first responsive pleading is not due until April 2, 2025; however, the Opposition to the Motion to Deposit is currently due March 26, 2025. As such, good cause exists for this extension.

This is the first stipulation for extension of time to file motions.

/ / /

/ / /

/ / /

---

[1] "Defendants" means and refers to: Agnes Aleksander, Yvonne Arnone, Niegal Davis-Richard, Tina Hartshorn, Tiquionte Henry, Lela Kaveh, Ginger Land-Van Buuren, Lorenzo Muniz, Cheryl Nally, Patricia Sutherland, as Heir of Kathleen Mustain Ryerson, Daniel Taylor, Daisy Wei, Chrisopher Noah Wren, Christopher Brian Wren, and Emely Wren.

4

| | |
|---|---|
| 1 DATED this 25th day of March, 2025. | DATED this 25th day of March, 2025. |
| 2 **KEMP JONES, LLP** | |
| 3 | **DUANE MORRIS, LLP** |
| 4 */s/      Eric Pepperman* | By: */s/      Daniel Heidtke* |
|   WILL KEMP, ESQ., NV Bar No. 1205 |   Dominica C. Anderson (SBN 2988) |
| 5 ERIC PEPPERMAN, ESQ., NV Bar No. 11679 |   Daniel B. Heidtke (SBN 12975) |
| 6 BREANNA SWITZLER, ESQ., NV Bar No. 15653 | —and— |
| 7 KEMP JONES, LLP | **SPENCER FANE, LLP** |
| 8 3800 HOWARD HUGHES PARKWAY, 17TH FLOOR | Richard F. Holley (SBN 3077) |
| 9 LAS VEGAS, NEVADA 89169 | Mary E. Bacon (SBN 12686) |
| 10 *Attorneys for Defendants Agnes Aleksander, Yvonne Arnone, Niegal Davis-Richard, Tina Hartshorn, Tiquionte Henry, Lela Kaveh, Ginger Land-Van Buuren, Lorenzo Muniz, Cheryl Nally, Patricia Sutherland, as Heir of Kathleen Ryerson, Daniel Taylor, Daisy Wei, Christopher Noah Wren, Christopher Brian Wren, and Emely Wren* | —and— |
| 11 | **CHOATE, HALL & STEWART LLP** |
| 12 | Douglas R. Gooding (admitted *pro hac vice*) |
| 13 | Jonathan D. Marshall (admitted *pro hac vice*) |
| 14 | *Attorneys for Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company* |

17     **IT IS SO ORDERED.**

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: March 25, 2025

5