TIFFANY & BOSCO P.A.
KRISTA J. NIELSON
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV 89135
Telephone:  702.258.8200
Facsimile:  702.258.8787

MCGUIREWOODS LLP
CHRISTOPHER T. PASICH SBN #299191
*(Pro Hac Vice Forthcoming)*
KIRK A. PASICH SBN #94242
*(Pro Hac Vice Forthcoming)*
Wells Fargo Center
South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA  90071-3103
Telephone:  213.627.2268
Facsimile:  213.627.2579

Attorneys for Defendant Nevada Beverage Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, et al., <br><br> Defendants. | CASE NO. 2:25-cv-00399-RFB-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs, Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company and Defendant, Nevada Beverage Co., stipulate that Nevada Beverage Co.

shall have an additional fourteen days (14) days, up to and including April 16, 2025, to file its response to the plaintiffs' complaint, which is currently due on April 2, 2025. The complaint was filed on March 5, 2025, and Nevada Beverage Co. was served on March 12, 2025.

Good cause exists to grant the requested extension. Nevada Beverage Co. requested the extension from plaintiff so Nevada Beverage Co. could retain counsel and subsequently evaluate its options to respond to the complaint and the above-titled matter.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of April, 2025.

| TIFFANY & BOSCO P.A. | DUANE MORRIS, LLP |
|---|---|
| /s/ Krista J. Nielson, Esq. | /s/ Dominica C. Anderson, Esq. |
| KRISTA J. NIELSON, ESQ.<br>Nevada Bar No. 10698<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>*Attorneys for NEVADA BEVERAGE CO.* | DOMINICA C. ANDERSON, ESQ.<br>Nevada Bar No. 2988<br>100 N. City Parkway, Suite 1560<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2025

-2-