Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
       dbheidtke@duanemorris.com

Douglas R. Gooding (admitted *Pro hac vice*)
Jean-Paul Jaillet (admitted *Pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
       jjaillet@choate.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com
       mbacon@spencerfane.com

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.*,[1]<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-00399-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO DEPOSIT FUNDS IN THE COURT'S REGISTRY (ECF NO. 8)**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, **IT IS HEREBY STIPULATED AND AGREED** between Certain Defendants,[2] by and through their counsel of record, and Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

[2] Certain Defendants include: Agnes Aleksander, Yvonne Arnone, Niegal Davis-Richard, Tina Hartshorn, Tiquionte Henry, Lela Kaveh, Ginger Land-Van Buuren, Lorenzo Muniz, Cheryl Nally, Patricia Sutherland, as Heir of Kathleen Mustain Ryerson, Daniel Taylor, Daisy Wei, Christopher Noah Wren, Christopher Brian Wren, and Emely Wren.

Company, and West American Insurance Company (collectively "Plaintiffs"), by and through their counsel of record, that Plaintiffs shall have additional time to file their *Reply In Support of the Motion for Order to Deposit Funds in the Court's Registry* ("Reply"). Accordingly, the Parties hereby stipulate, agree and respectfully request that the Court extend the deadline to file the Reply, and state as follows:

1. Pursuant to the *Stipulation and Order to Extend the Deadline for Defendants to File an Opposition to Plaintiffs' Motion for Order to Deposit Funds in the Court's Registry* ("Opposition Stipulation"; ECF No. 82), on April 2, 2025, Certain Defendants filed their *Opposition to Plaintiffs Motion to [sic] for Order to Deposit Funds in the Court's Registry* ("Opposition to Motion to Deposit"). (ECF No. 86.)

2. Pursuant to Local Rule 7-2(b), Plaintiffs' Reply is currently due on April 9, 2025.

3. Pursuant to the Opposition Stipulation, on April 2, 2025, Certain Defendants also filed a *Motion to Dismiss Plaintiffs' Complaint in Interpleader, or, in the Alternative, Motion to Stay* ("Motion to Dismiss"). (ECF No. 85.)

4. Pursuant to Local Rule 7-2(b), Plaintiffs' deadline to file a response to the Motion to Dismiss is April 16, 2025.

5. Because there is overlap between the arguments raised in Certain Defendants' Opposition to Motion to Deposit and those raised in Certain Defendants' Motion to Dismiss, the Parties agree that good cause exists to extend Plaintiffs' deadline to file the Reply in Support of their Motion to Deposit to the same date as their deadline to file a response to the Motion to Dismiss, i.e., April 16, 2025.

6. Accordingly, the Parties agree and respectfully request that the Court enter an order extending the deadline to file the Reply in Support of Plaintiffs' Motion for Order to Deposit Funds in the Court's Registry.

///

///

///

///

7. The Parties request that the Court enter an order establishing **April 16, 2025 as the new deadline for Plaintiffs to file their Reply in Support of Plaintiffs' Motion for Order to Deposit Funds in the Court's Registry**.

8. This is the first stipulation for extension of time for Plaintiffs to file a Reply.

DATED this 8th day of April, 2025

**DUANE MORRIS LLP**

By: ___/s/ Dominica C. Anderson_____
    Dominica C. Anderson (SBN 2988)
    Daniel B. Heidtke (SBN 12975)

—and—

**SPENCER FANE, LLP**

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)

—and—

**CHOATE, HALL & STEWART LLP**

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

DATED this 8th day of April, 2025

**KEMP JONES, LLP**

By: ___/s/ Eric Pepperman_____
WILL KEMP, ESQ., NV Bar No. 1205
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
BREANNA SWITZLER, ESQ., NV Bar No. 15653
KEMP JONES, LLP
3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NEVADA 89169

*Attorneys for Defendants Agnes Aleksander, Yvonne Arnone, Niegal Davis-Richard, Tina Hartshorn, Tiquionte Henry, Lela Kaveh, Ginger Land-Van Buuren, Lorenzo Muniz, Cheryl Nally, Patricia Sutherland, as Heir of Kathleen Ryerson, Daniel Taylor, Daisy Wei, Christopher Noah Wren, Christopher Brian Wren, and Emely Wren*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____April 8, 2025_____

3