TIFFANY & BOSCO P.A.
KRISTA J. NIELSEN
Nevada Bar No. 10698
10100 W. Charleston Blvd., Suite 220
Las Vegas, NV 89135
Telephone: 702.258.8200
Facsimile: 702.258.8787
knielson@tblaw.com

Attorneys for Defendant Nevada Beverage Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00399-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company and defendant Nevada Beverage Co. ("NBC") stipulate that Nevada Beverage Co. shall have an additional seven days (7) days, up to and including April 23, 2025, to file its response to the plaintiffs' complaint, which is currently due on April 16, 2025. The complaint was filed on March 5, 2025, and NBC was served on March 12, 2025.

Good cause exists to grant the requested extension. NBC requested the extension from plaintiffs in an effort to finalize NBC's proposed disclaimer of interest and coordinate regarding NBC's potential dismissal from this case.

-1-

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of April, 2025.

| TIFFANY & BOSCO P.A. | DUANE MORRIS LLP |
|---|---|
| */s/ Krista J. Nielson*<br>KRISTA J. NIELSON<br>Nevada Bar No. 10698<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>*Attorneys for NEVADA BEVERAGE CO.* | */s/ Dominica C. Anderson*<br>DOMINICA C. ANDERSON, ESQ.<br>Nevada Bar No. 2988<br>100 N. City Parkway, Suite 1560<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiffs* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:25-cv-00399-RFB-EJY

DATED: April 17, 2025