Jeffrey R. Hall (9572)
Christina M. Alexander (9360)
HUTCHISON & STEFFEN PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlega.com

*KeHE Distributors of Nevada, LLC and*
*KeHE Distributors, Inc.,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; BRYAN ABLE, individually; SANDRA ABELE, individually; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, | Case No.: 2:25-cv-00399-RFB-EJY<br><br>**JOINT MOTION AND ORDER TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO DEPOSIT FUNDS IN THE COURT'S REGISTRY; MEMORADUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (ECF NO. 8)**<br><br>**(First Request)** |

individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SILVIYA ATANASOVA also known as SLYVIA ATANASOVA, individually; RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, individually; ARIKA CARRIER, individually, and on behalf of his minor children H.C. and F.C.; RYAN CARRIER, individually, and on behalf of his minor children H.C. and F.C.; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVIS-RICHARD, individually; JAMES DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as special administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; L.K., a minor child, by and through her natural parents KOUROSH KAVEH and JILL RAW; KOUROSH KAVEH, individually; JILL RAW, individually; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L.

| | |
|---|---|
| 1 | MCGOVERN, individually; RUDY MORALES, individually; S.M., a minor child, by and through his father JORGE MORALES; JORGE MORALES, individually; KARLA MORENO, individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY also known as CHERYL NALL, individually; MONICA BRANCH NOTO, individually; ABRAHAM OLVERA, individually; BRENDA ALANIZ, as guardian ad litem for ABRAHAM OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; L.S., a minor child, by and through his parents NIKOLAY and CANDICE SHARAPOV; Z.S., a minor child, by and through her parents NIKOLAY and CANDICE SHARAPOV; NIKOLAY SHARAPOV, individually; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; L.Y.W., a minor child by and through her mother SANTE WILLIAMS; L.O.W., a minor child by and through her mother SANTE WILLIAMS; SANTE WILLIAMS, individually; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN WREN and EMELY WREN; EMELY WREN, individually; GRACE ZIMMERMAN, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

individually, and DOES 1 through 100, inclusive,

Defendants.

Pursuant to Local Rules IA 6-1 and 6-2, Defendants, KeHE Distributors of Nevada, LLC ("KDN"), and KeHE Distributors, Inc. ("KDI"), (collectively "Defendants") through their counsel of record Jeffrey R. Hall and Christina M. Alexander of the law firm of Hutchison & Steffen, PLLC, and Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively "Plaintiffs"), by and through their counsel of record, jointly move that Defendants shall have additional time to file their responsive pleading to the Complaint in Interpleader (ECF No. 1) (the "Complaint").   There should be no opposition to this joint motion, as all interested parties (though not all parties in the case) have agreed to this extension.

The Complaint was filed on March 5, 2025 and served upon KDN on March 14, 2025. KDI was not served with the Complaint in Interpleader but has agreed to accept service of the complaint in exchange for the extension described herein.[1]  In consideration of KDI accepting service of the Complaint, the Parties stipulate and agree that KeHE's deadline to file a responsive pleading to the Complaint is extended to **April 25, 2025**.

This joint motion is made in good faith and not for purposes of delay.  KDI agreed to accept service of the Complaint in exchange for the extension for both KDI and KDN.  As such, good cause exists for this extension.

---

[1] KDI is not identified in the caption of Plaintiffs' Complaint in Interpleader but is identified as a defendant in the body of the complaint.

This is the first motion for extension of time to file a responsive pleading.

| | |
|---|---|
| Dated this 24th day of April, 2025. | Dated this 24th day of April, 2025. |
| **HUTCHISON & STEFFEN, PLLC** | **DUANE MORRIS, LLP** |
| */s/ Jeffrey R. Hall* | */s/ Daniel Heidtke* |
| _____ | _____ |
| Jeffrey R. Hall (9572) | Dominica C. Anderson (SBN 2988) |
| Christina M. Alexander (9360) | Daniel B. Heidtke (SBN 12975) |
| 10080 W. Alta Drive, Suite 200 | --and-- |
| Las Vegas, Nevada 89145 | **SPENCER FANE, LLP** |
| *Attorneys for* | Richard F. Holley (SBN 3077) |
| *KeHE Distributors of Nevada, LLC and* | Mary E. Bacon (SBN 12686) |
| *KeHE Distributors, Inc.,* | |
| . | --and-- |
| | **CHOATE, HALL & STEWART LLP** |
| | Douglas R. Gooding (admitted *pro hac vice*) Jonathan D. Marshall (admitted *pro hac vice*) |
| | *Attorneys for Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 25, 2025