Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
       dbheidtke@duanemorris.com

Douglas R. Gooding (admitted *Pro hac vice*)
Jean-Paul Jaillet (admitted *Pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
       jjaillet@choate.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com
       mbacon@spencerfane.com

Attorneys for Plaintiffs *Ohio Security Insurance Company,
Peerless Indemnity Insurance Company,
The Ohio Casualty Insurance Company, and
West American Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-00399-CDS-EJY <br><br> **ORDER GRANTING MOTION FOR ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT IN INTERPLEADER (FIRST REQUEST)** |

This matter came before the Court on Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs") Motion for Additional Time to Serve Summons and Complaint In Interpleader (the "Motion") (ECF No. 171).

Having reviewed the Motion and all related papers and pleadings, the Court finds that all necessary parties have received adequate notice of, and opportunity to oppose, the relief sought, which is independently supported by good cause.

Accordingly, it is ORDERED:

1. The Motion for Additional Time to Serve Summons and Complaint in Interpleader (ECF No. 171) is GRANTED in its entirety; and

2. Plaintiffs are GRANTED an additional ninety (90) days from entry of this order to serve the Summons and Complaint in Interpleader on Defendants Glen Morris, James Delmar, James Hu, and Lorraine Kalayanaprapruit.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE