1  TIFFANY & BOSCO P.A.
   KRISTA J. NIELSON
2  Nevada Bar No. 10698
   10100 W. Charleston Blvd., Suite 220
3  Las Vegas, NV 89135
   Telephone:  702.258.8200
4  Facsimile:  702.258.8787
   knielson@tblaw.com
5
   MCGUIREWOODS LLP
6  CHRISTOPHER T. PASICH SBN #299191
   *(Pro Hac Vice)*
7  Wells Fargo Center
   South Tower
8  355 S. Grand Ave., Suite 4200
   Los Angeles, CA  90071-3103
9  Telephone:  213.627.2268
   Facsimile:  213.627.2579
10 cpasich@mcguirewoods.com

11 Attorneys for Defendant Nevada Beverage Co.

12

13                    UNITED STATES DISTRICT COURT

14                          DISTRICT OF NEVADA

15
                                              CDS
16 OHIO SECURITY INSURANCE            CASE NO. 2:25-cv-00399-~~RFB~~-EJY
   COMPANY, a company organized under the
17 laws of the State of New Hampshire, et al.,
                                              **STIPULATION TO DISMISS**
18                Plaintiffs             **DEFENDANT NEVADA BEVERAGE CO.**

19 vs.

20 AFFINITYLIFESTYLES.COM, INC. d/b/a
   REAL WATER, a Nevada Corporation, et al.,
21

22                Defendants.

23

24        Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company,

25 The Ohio Casualty Insurance Company, and West American Insurance Company and Defendant

26 Nevada Beverage Co. ("NBC") hereby stipulate that NBC disclaims any claim for proceeds from

27 the policies issued by Plaintiffs to Real Water relating to the lawsuits involving allegations of

28

1  bodily injuries resulting from the consumption of Real Alkalized Water, that NBC disclaims any

2  interest in the interpled funds which are the subject of this case, and that NBC shall be dismissed

3  from this case with prejudice.

4       Each party shall bear their own attorneys' fees and costs.

5       DATED this 23rd day of June 2025.

6

7  | TIFFANY & BOSCO P.A. | DUANE MORRIS, LLP |
|---|---|
8  | | |
9  | /s/ Krista J. Nielson | /s/ Dominica C. Anderson |
10 | KRISTA J. NIELSON | DOMINICA C. ANDERSON, ESQ. |
   | Nevada Bar No. 10698 | Nevada Bar No. 2988 |
11 | 10100 W. Charleston Blvd., Suite 220 | 100 N. City Parkway, Suite 1560 |
   | Las Vegas, NV 89135 | Las Vegas, Nevada 89106 |
12 | Attorneys for NEVADA BEVERAGE CO. | Attorneys for Plaintiffs |

13

14                    **ORDER**

15

16       Based on the parties' stipulation, Nevada
         Beverage Co. is dismissed with prejudice, with
17       each party to bear its own costs and fees. The

18

19

20       _____
         UNITED STATES DISTRICT JUDGE

21

22       Dated: June 26, 2025

23

24

25

26

27

28