WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Certain Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana, | Case No.: 2:25-cv-00399-RFB-EJY <br><br> **CERTIFICATE OF INTERESTED PARTIES** |
| Plaintiff, | |
| vs. | |
| AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; BRYAN ABLE, individually; SANDRA ABELE, individually; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SILVIYA ATANASOVA also known as SLYVIA ATANASOVA, individually; | |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

| | |
|---|---|
| 1 | RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly |
| 2 | KRISTINA A. BIENEK, individually; ANDRIA BORDENAVE, individually; |
| 3 | JEREME BOTIZ, individually; CATHERINE BRITTON, individually; |
| 4 | MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, |
| 5 | individually; SARAH CALLOVI, individually; ARIKA CARRIER, |
| 6 | individually, and on behalf of his minor children H.C. and F.C.; RYAN CARRIER, |
| 7 | individually, and on behalf of his minor children H.C. and F.C.; NICOLE CHANG, |
| 8 | individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, |
| 9 | individually; NIEGAL DAVIS-RICHARD, individually; JAMES DELMAR, |
| 10 | individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; |
| 11 | KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; |
| 12 | TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN |
| 13 | DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, |
| 14 | individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as |
| 15 | Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as special |
| 16 | administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, |
| 17 | individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, |
| 18 | individually; L.K., a minor child, by and through her natural parents KOUROSH |
| 19 | KAVEH and JILL RAW; KOUROSH KAVEH, individually; JILL RAW, |
| 20 | individually; LISA KING, individually; JOHN KURHANEWICZ, individually; |
| 21 | SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUUREN, |
| 22 | individually; VINCENT LINKE, individually; CARY MANO, individually; |
| 23 | JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. |
| 24 | MCGOVERN, individually; RUDY MORALES, individually; S.M., a minor |
| 25 | child, by and through his father JORGE MORALES; ORGE MORALES, |
| 26 | individually; KARLA MORENO, individually; CHRISTIAN MORIMANDO, |
| 27 | individually; GLEN MORRIS, individually; LORENZO MUNIZ, |
| 28 | individually; CHERYL NALLY also known |

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

| | |
|---|---|
| 1 | as CHERYLNALL, individually; MONICA BRANCH NOTO, individually; ABRAHAM OLVERA, individually; BRENDA ALANIZ, as guardian ad litem for ABRAHAM OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; L.S., a minor child, by and through his parents NIKOLAY and CANDICE SHARAPOV; Z.S., a minor child, by and through her parents NIKOLAY and CANDICE SHARAPOV; NIKOLAY SHARAPOV, individually; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; L.Y.W., a minor child by and through her mother SANTE WILLIAMS; L.O.W., a minor child by and through her mother SANTE WILLIAMS; SANTE WILLIAMS, individually; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN WREN and EMELY WREN; EMELY WREN, individually; GRACE ZIMMERMAN, individually, and DOES 1 through 100, inclusive, |
| | Defendants. |

## **LOCAL RULE 7.1-1 DISCLOSURE**

The undersigned, attorneys of record for **BRYAN ABELE, SANDRA ABELE, T. ABELE, a minor child, through his parents BRYAN and SANDRA ABELE, BRENDA ALANIZ, as guardian ad litem for ABRAHAM OLVERA, SYLVIA ATANASOVA,**

3

1  **RICHARD BELSKY, ANDRIA BORDENAVE, JEREME BOTIZ, MONICA BRANCH**
2  **NOTO, MIRIAM BRODY, HUNTER BROWN, PAMELA BROWN, SARAH CALLOVI,**
3  **NICOLE CHANG, JENNA CONSIGLIO, JAMES DELMAR, VANYA DIAZ, ESTATE**
4  **OF MILO HURST, KATHLEEN GACIAS, MATTHEW GONZALEZ, JAMES HU,**
5  **MYLES HUNWARDSEN, TEVIS HURST, individually and as administratrix of THE**
6  **ESTATE OF MILO HURST, YANIV ITTAH, as special administrator of THE ESTATE**
7  **OF ADIR ITTAH, LORRAINE KALAYANAPRAPRUIT, KOUROSH KAVEH,**
8  **VINCENT LINKE, CARY MANO, JOSE MARTINEZ, GRAY MAYNARD, JORGE**
9  **MORALES, S. MORALES, a minor child, by and through his father JORGE MORALES,**
10 **KARLA MORENO, GLEN MORRIS, ABRAHAM OLVERA, BRUCE PARENT, CHERI**
11 **RASMUSSEN, JILL RAW, JUDITH RYERSON, as special administrator of the estate of**
12 **and as heir of KATHLEEN MUSTAIN RYERSON, RICHARD RYERSON, as heir of**
13 **KATHLEEN MUSTAIN RYERSON, JAZMIN SCHAFFER, CANDICE SHARAPOV, L.**
14 **SHARAPOV, a minor child, through his parents NIKOLAY and CANDICE SHARAPOV,**
15 **NIKOLAY SHARAPOV, Z. SHARAPOV, a minor child, through her parents NIKOLAY**
16 **and CANDICE SHARAPOV, CHRISTINA SOSA, CAROLYN STRONG, JOSEPH**
17 **TEGANO, MONICA VOZZA, STEVEN WADKINS, L.O. WILLIAMS, a minor child, by**
18 **and through her mother SANTE WILLIAMS, L.Y. WILLIAMS, a minor child, by and**
19 **through her mother SANTE WILLIAMS, SANTE WILLIAMS and BRANDI WREN**
    certify that there are no known persons, associations of persons, firms, partnerships or
20  corporations that have a direct, pecuniary interest in the outcome of this case aside from the named
21  / / /
22  / / /

4

parties in this matter. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 15th day of September, 2025.

**KEMP JONES, LLP**

*/s/    Eric Pepperman*
WILL KEMP, ESQ.,
Nevada Bar No. 1205
ERIC PEPPERMAN, ESQ.,
Nevada Bar No. 11679
BREANNA SWITZLER, ESQ.,
Nevada Bar No. 15653
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Certain Defendants*

**PROOF OF SERVICE**

I hereby certify that on the 15th day of September, 2025, I served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** via the United States District Court's CM/EMF electronic filing system to all parties currently on the electronic service list.

*/s/ Cristal Pola*
An Employee of Kemp Jones, LLP

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com