UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OHIO SECURITY INSURANCE
COMPANY, et al,

      Plaintiffs,

      v.

AFFINITYLIFESTYLES.COM INC. d/b/a
REAL WATER, et al,

      Defendants.

Case No. 2:25-cv-00399-CDS-EJY

**ORDER**

Pending before the Court is Theodore Steven's Motion to Withdraw ECF No. 197 in Light of ECF No. 213. ECF No. 219. The Counterclaim Mr. Stevens seeks to withdraw was also signed by Jesce Richt. ECF No. 197 at 2. Nonetheless, Mr. Stevens says the Counterclaim filed by two people was mooted by his individually filed Amended Counterclaim. ECF No. 219. The Court finds Mr. Stevens cannot withdraw a Counterclaim signed by Mr. Richt, who is a party to this lawsuit. The Court further finds Mr. Stevens cannot represent Mr. Richt. *Simon v. Hartford Life, Inc.*,546 F.3d 661, 664 (9th Cir. 2008) (collecting cases and noting that courts routinely prohibit pro se plaintiffs from representing others); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing [pro se] has no authority to represent anyone other than himself.").

As explained in this Court's prior Order, Mr. Stevens is not properly before the Court as he is not a party to the lawsuit; nor has he been granted status as an intervenor. ECF No. 218, *see Spangler v. Pasadena City Bd. of Ed.*, 552 F.2d 1326, 1329 (9th Cir. 1977). If Mr. Stevens believes he has a legal basis to participate in this lawsuit, he may move to intervene.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 219) is DENIED as improperly before the Court.

Dated this 2nd day of April, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1