UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ohio Security Insurance Company, et al., | Case No. 2:25-cv-00399-CDS-EJY |
| Plaintiffs | **Order Striking Rogue Filings** |
| v. | |
| Affinitylifestyles.com, et al., | [ECF Nos. 205, 210, 213] |
| Defendants | |

Proposed interested party/counter-claimant Theodore Stevens filed a motion to intervene. ECF No. 221. The time for any opposition or response to that motion has not yet expired, and the court will resolve that motion in the normal course. However, prior to filing the motion to intervene, Stevens improperly filed a third-party complaint for legal malpractice (ECF No. 205) and two amended counterclaims (ECF Nos. 210, 213). Because Stevens was not a proper party at the time of filing the third-party complaint and the amended counterclaims, those filings **[ECF Nos. 205, 210, 213] are STRICKEN.**

Further, until Stevens's motion to intervene is resolved, he is prohibited from making any additional filings in this action. Any future filings made in violation of this order will be summarily STRICKEN.

Dated: April 3, 2026

_____
Cristina D. Silva
United States District Judge