Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
         dbheidtke@duanemorris.com

Douglas R. Gooding (*pro hac vice*)
Jean-Paul Jaillet (*pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
         jjaillet@choate.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholley@spencerfane.com
         mbacon@spencerfane.com

Attorneys for Plaintiffs *Ohio Security Insurance Company,
Peerless Indemnity Company, The Ohio Casualty
Insurance Company, and West American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.*,[1]<br><br>                    Plaintiffs<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,<br><br>                    Defendants | Case No.: 2:25-cv-00399-CDS-EJY<br><br>**Order Approving STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEBTOR DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12 AND 21 [ECF NO. 200]**<br><br>**SECOND REQUEST**<br><br>[ECF No. 223] |

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc. d/b/a Real Water, Real Water, Inc., and Real Water of Tennessee, LLC ("Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

WHEREAS, on March 6, 2026, Trustee filed in the above-captioned case Debtor Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 and 21 ("Motion to Dismiss") (ECF No. 200);

WHEREAS, the Court has ordered that Plaintiffs' Response to the Motion to Dismiss is due by March 20, 2026 (ECF No. 200);

WHEREAS, on March 23, 2026, this Court approved Plaintiffs' and Debtor Defendants' Stipulation for Extension of Time to file a response to the Debtor Defendants' Motion to Dismiss (ECF Nos. 200, 204, 206);

WHEREAS, the Parties continue to meet and confer to discuss possible resolution of the Motion to Dismiss;

WHEREAS, to provide further opportunity to resolve this matter without undue time and expense of the Court and the Parties, the Parties request that the date for Plaintiffs' Response to the Motion to Dismiss, as set forth in docket entry 206, be continued for 14 days from April 3, 2026 until **April 17, 2026** ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for the Trustee's Reply to the Motion to Dismiss and any hearing date for the Motion to Dismiss, if any, similarly be continued to accommodate Plaintiffs' Continued Response Deadline.

NOW THEREFORE, PLAINTIFFS and the TRUSTEE stipulate and agree to the following: (1) the deadline for Plaintiffs to respond to Debtor Defendants' Motion to Dismiss Complaint is extended until **April 17, 2026**; and (2) all other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFFS and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing.

**IT IS SO STIPULATED.**

Dated this 3rd day of April 2026.

SPENCER FANE LLP

 /s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702.408.3400 | Fax: 702.408.3401
Email: rholley@spencerfane.com
-- and --
CHOATE, HALL & STEWART LLP
Douglas R. Gooding (Admitted Pro Hac Vice)
Jonathan D. Marshall (Admitted Pro Hac Vice)
Jean-Paul Jaillet (Admitted Pro Hac Vice)
-- and --
DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

*Attorneys for Ohio Security Insurance Company, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company*

Dated this 3rd day of April 2026.

BANKRUPTCY RECOVERY GROUP, LLC

 /s/ Talitha Gray Kozlowski
Talitha Gray Kozlowski, Esq. (NBN 9040)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
Email: tgray@brg.legal
-- and –
HOUMAND LAW FIRM, LTD.
Jacob L. Houmand, Esq. (NBN 12781)
BRADLEY G. SIMS, ESQ. (NBN 11713)

*Attorneys for Ryan A. Andersen, Chapter 7 Trustee for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 6, 2026

3