WILL KEMP, ESQ., NV Bar No. 1205
c.pola@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
 (702) 385-6000
*Attorneys for Certain Putative Defendants*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana, <br><br> Plaintiff, <br><br> vs. <br><br> AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; BRYAN ABLE, individually; SANDRA ABELE, individually; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY ARAMBULA, individually; YVONNE ARNONE, individually; SILVIYA ATANASOVA also known as SLYVIA ATANASOVA, individually; | Case No.: 2:25-cv-00399-CDS-EJY <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' OHIO SECURITY INSURANCE COMPANY, PEERLESS INDEMNITY INSURANCE COMPANY, THE OHIO CASUALTY INSURANCE COMPANY, AND WEST AMERICAN INSURANCE COMPANY MOTION TO RECONSIDER ORDER STAYING INTERPLEADER ACTION [DOC 228]** <br><br> **FIRST REQUEST** |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, individually; ARIKA CARRIER, individually, and on behalf of his minor children H.C. and F.C.; RYAN CARRIER, individually, and on behalf of his minor children H.C. and F.C.; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVIS-RICHARD, individually; JAMES DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as special administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; L.K., a minor child, by and through her natural parents KOUROSH KAVEH and JILL RAW; KOUROSH KAVEH, individually; JILL RAW, individually; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; S.M., a minor child, by and through his father JORGE MORALES; ORGE MORALES, individually; KARLA MORENO, individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY also known

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

as CHERYLNALL, individually; MONICA BRANCH NOTO, individually; ABRAHAM OLVERA, individually; BRENDA ALANIZ, as guardian ad litem for ABRAHAM OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; L.S., a minor child, by and through his parents NIKOLAY and CANDICE SHARAPOV; Z.S., a minor child, by and through her parents NIKOLAY and CANDICE SHARAPOV; NIKOLAY SHARAPOV, individually; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; L.Y.W., a minor child by and through her mother SANTE WILLIAMS; L.O.W., a minor child by and through her mother SANTE WILLIAMS; SANTE WILLIAMS, individually; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN WREN and EMELY WREN; EMELY WREN, individually; GRACE ZIMMERMAN, individually, and DOES 1 through 100, inclusive,

Defendants.

///

///

3

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Certain Personal Injury Plaintiffs/Putative Defendants[1] and Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company ("Liberty") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on April 7, 2026, Liberty filed in the above-captioned case their Motion to Reconsider Order Staying Interpleader Action ("Motion to Reconsider") [ECF No. 228];

WHEREAS, the Court has ordered that Certain Personal Injury Plaintiffs/Putative Defendants Response to the Motion to Reconsider is due by April 21, 2026 [ECF No. 228];

WHEREAS, the Parties by and through their respective counsel have agreed to extend the deadline to respond to the Motion to mirror deadlines in related Interpleader actions and for other good cause;

WHEREAS, the Parties request that the date for Certain Personal Injury Plaintiffs/Putative Defendants Response to the Motion to Reconsider be continued until **April 29, 2026**; and

WHEREAS, the Parties further request that the date for Liberty's Reply to the Motion to Reconsider and any hearing date for the Motion for Reconsideration, if any, similarly be continued to accommodate the Continued Response Deadline.

---

[1] "Certain Personal Injury Plaintiffs/Putative Defendants" means and refers to: Aleksander Agnes; Bryan Abele; Sandra Abele; T. Abele, a minor child, through his parents Bryan and Sandra Abele; Abraham Olvera; Yvonne Arnone; Sylvia Atanasova; Richard Belsky; Andria Bordenave; Jereme Botiz; Monica Branch Noto; Miriam Brody; Hunter Brown; Pamela Brown; Sarah Callovi; Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Estate of Milo Hurst; Kathleen Gacias; Matthew Gonzalez; Tina Hartshorn; Tiquionte Henry; James Hu; Myles Hunwardsen; Tevis Hurst, individually and as administratrix of the Estate of Milo Hurst; Yaniv Ittah, as special administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; Kourosh Kaveh; Lela Kaveh; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; Jorge Morales; S. Morales, a minor child, by and through his father Jorge Morales; Karla Moreno; Glen Morris; Cheryl Nally; Abraham Olvera; Bruce Parent; Cheri Rasmussen; Jill Raw; Judith Ryerson, as special administrator of the estate of and as heir of Kathleen Mustain Ryerson; Richard Ryerson, as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; L. Sharapov, a minor child, through his parents Nikolay and Candice Sharapov; Nikolay Sharapov; Z. Sharapov, a minor child, through her parents Nikolay and Candice Sharapov; Christina Sosa; Carolyn Strong; Patricia Sutherland, as heir of Kathleen Ryerson; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; L.O. Williams, a minor child, by and through her mother Sante Williams; L.Y. Williams, a minor child, by and through her mother Sante Williams; Sante Williams; Christopher Brian Wren; Christopher Noah Wren; and Emely Wren (collectively, the "Kemp Jones Plaintiffs").

NOW THEREFORE, Certain Personal Injury Plaintiffs/Putative Defendants and Liberty stipulate and agree to the following: (1) the deadline for Certain Personal Injury Plaintiffs/Putative Defendants to respond to Liberty's Motion to Reconsider Order Staying Interpleader Action is extended until **April 29, 2026**; and (2) all other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

/ / /

/ / /

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Certain Personal Injury Plaintiffs/Putative Defendants and Liberty respectfully request that the Court enter an Order in accordance with the forgoing.

**IT IS SO STIPULATED.**

DATED THIS 20TH OF APRIL 2026

**KEMP JONES, LLP**

/s/       Eric Pepperman
WILL KEMP, ESQ.,
Nevada Bar No. 1205
ERIC PEPPERMAN, ESQ.,
Nevada Bar No. 11679
BREANNA SWITZLER, ESQ.,
Nevada Bar No. 15653
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Certain Putative Defendants*

DATED THIS 20TH OF APRIL 2026

**SPENCER FANE LLP**

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702.408.3400 | Fax: 702.408.3401
Email: rholley@spencerfane.com
-- and--
CHOATE, HALL & STEWART LLP
Douglas R. Gooding (Pro Hae Vice)
Jonathan D. Marshall (Pro Hae Vice)
Jean-Paul Jaillet (Pro Hae Vice)
-- and--
DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
*Attorneys for Ohio Security Insurance Company, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___April 21, 2026_____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com