Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 415.957.3179
Facsimile:  702.974.1058
Email:  dcanderson@duanemorris.com
        dbheidtke@duanemorris.com

Douglas R. Gooding (*pro hac vice*)
Jean-Paul Jaillet (*pro hac vice)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
        jjaillet@choate.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholley@spencerfane.com
        mbacon@spencerfane.com

Attorneys for Plaintiffs *Ohio Security Insurance Company,
Peerless Indemnity Company, The Ohio Casualty
Insurance Company, and West American Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.,*[1]<br><br>                             Plaintiffs,<br><br>    vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.,*<br><br>                             Defendants. | Case No.: 2:25-cv-00399-CDS-EJY<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON LIBERTY'S MOTION TO RECONSIDER ORDER STAYING INTERPLEADER ACTION [ECF NO. 206]**<br><br>**ECF NO. 228**<br>**FIRST REQUEST** |

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company ("Liberty") and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc. d/b/a Real Water, Real Water, Inc., and Real Water of Tennessee, LLC ("Debtor Defendants"), by and through their counsel of record, hereby stipulate as follows:

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated.  The full caption is set forth in the Complaint at ECF No. 1.

WHEREAS, on April 7, 2026, Liberty filed in the above-captioned case their Motion to Reconsider Order Staying Interpleader Action (ECF No. 206) ("Motion to Reconsider") ECF No. 228;

WHEREAS, the responses to the Motion to Reconsider are due by April 21, 2026;

WHEREAS, the Parties continue to meet and confer to discuss possible resolution of the Trustee's concerns regarding the Motion to Reconsider;

WHEREAS, to provide further opportunity to resolve this matter without undue time and expense of the Court and the Parties, the Parties request that the date for Plaintiffs' Response to the Motion to Reconsider, as set forth in docket entry 228, be continued for eight days from April 21 2026 until **April 29, 2026** ("Continued Response Deadline"); and

WHEREAS, the Parties further request that the date for Liberty's reply to the Motion to Reconsider and any hearing date for the Motion to Dismiss, if any, similarly be continued to accommodate the Continued Response Deadline.

NOW THEREFORE, PLAINTIFFS and the TRUSTEE stipulate and agree to the following: (1) the deadline for Trustee to respond to Liberty's Motion to Reconsider (ECF No. 206) is extended until **April 29, 2026**; and (2) all other corresponding dates be similarly continued to accommodate the Continued Response Deadline.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

PLAINTIFFS and TRUSTEE respectfully request that the Court enter an Order in accordance with the foregoing.

**IT IS SO STIPULATED.**

Dated this 21st day of April 2026.

SPENCER FANE LLP

 /s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702.408.3400 | Fax: 702.408.3401
Email: rholley@spencerfane.com
-- and --
CHOATE, HALL & STEWART LLP
Douglas R. Gooding (Admitted Pro Hac Vice)
Jonathan D. Marshall (Admitted Pro Hac Vice)
Jean-Paul Jaillet (Admitted Pro Hac Vice)
-- and --
DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

*Attorneys for Ohio Security Insurance
Company, The Ohio Casualty Insurance
Company, Peerless Indemnity Insurance
Company, and West American Insurance
Company*

Dated this 21st day of April 2026.

BANKRUPTCY RECOVERY GROUP, LLC

 /s/ Gregory E. Garman
Gregory E. Garman, Esq. (NBN 6654)
Talitha Gray Kozlowski, Esq. (NBN 9040)
Dylan Ciciliano, Esq. (NBN 12348)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
Email: ggarman@brg.legal
       tgray@brg.legal
       dciciliano@brg.legal
-- and –
HOUMAND LAW FIRM, LTD.
Jacob L. Houmand, Esq. (NBN 12781)
Bradley G. Sims, Esq. (NBN 11713)

*Attorneys for Ryan A. Andersen, Chapter 7
Trustee for the estates of Affinitylifestyles.com,
Inc., Real Water, Inc., and Real Water of
Tennessee, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2026

3