Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
      dbheidtke@duanemorris.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholley@spencerfane.com
      mbacon@spencerfane.com

Douglas R. Gooding (admitted *Pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com

Attorneys for Plaintiffs *Ohio Security Insurance Company,
Peerless Indemnity Company, The Ohio Casualty
Insurance Company, and West American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, et al.,[1] <br><br> Plaintiffs <br><br> v. <br><br> AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, et al., <br><br><br> Defendants | Case No.: 2:25-cv-00399-CDS-EJY <br><br> **STIPULATION AND ORDER REGARDING DISCLAIMER OF INTEREST AND DISMISSAL OF DEBTOR DEFENDANTS** <br><br> [ECF No. 240] |

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company ("Plaintiffs"), on the one hand, and Ryan A. Andersen, Chapter 7 Trustee ("Trustee") for the estates of Affinitylifestyles.com, Inc. d/b/a Real Water, Real Water, Inc., and Real Water of Tennessee, LLC

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

("Debtor Defendants"), on the other hand, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 5, 2025, Plaintiffs filed their Complaint in Interpleader in the above-captioned action seeking to deposit certain insurance policy proceeds into the registry of the Court and to resolve competing claims to those proceeds;

WHEREAS, Plaintiffs named numerous defendants in the interpleader action, including the Debtor Defendants, in order to ensure that all parties who may claim an interest in the policy proceeds were before the Court;

WHEREAS, on March 6, 2026, the Trustee filed a Motion to Dismiss the Complaint as against them [ECF 200];

WHEREAS, Plaintiffs and the Trustee have agreed to dismissal of the Debtor Defendants from this Action pursuant to the terms of this Stipulation;

NOW THEREFORE, PLAINTIFFS and the TRUSTEE stipulate and agree to the following:

1. The Trustee, on behalf Debtor Defendants and on behalf of the bankruptcy estate, asserts no estate interest in the $21,060,000 interplead (the "Interpleader Proceeds") with the Clerk of the Court;

2. Nothing in this Order shall be construed to enjoin, restrict, or otherwise affect any claim against Plaintiffs for bad faith, breach of contract (to the extent such claims do not seek Interpleader Proceeds from the Liberty Policies), breach of the implied covenant of good faith and fair dealing, violations of NRS 686A.310, or any other extra-contractual or tort claim seeking damages independent of and in excess of the policy limits deposited with this Court. This Order does not constitute a finding or adjudication regarding the merits of any such claim.

3. Any relief sought or obtained by Plaintiffs in this interpleader action shall not include, and shall not be construed as, a release or adjudication of any bad faith or extra-contractual rights and/or claims that the Trustee, the Debtor Defendants, or the

bankruptcy estates may have against Plaintiffs in any other action or proceeding; likewise any relief sought or obtained by Plaintiffs in this interpleader shall not include, and shall not be construed as a release or adjudication of any rights and/or claims Plaintiffs may have against the Trustee, Debtors or the bankruptcy estate;

4. The Trustee on behalf of the Debtor Defendants and the bankruptcy estate hereby disclaim any and all interest in the Interpleader Proceeds that are the subject of this interpleader action;

5. The Trustee on behalf of the Debtor Defendants and the bankruptcy estate agree that they will not seek distribution of the insurance policy proceeds in any court on behalf of themselves or any other party;

6. Subject to paragraph 2, the Trustee, on behalf of the Debtor Defendants and the bankruptcy estate, agrees to be bound by any and all orders and judgments entered by this Court regarding the Interpleaded Proceeds.

In light of the above, Plaintiffs agree to dismiss Debtor Defendants from this action. Within five (5) days of entry of the order approving this Stipulation, the Trustee, on behalf of the Debtor Defendants, shall move to withdraw the Debtor Defendants' pending Motion to Dismiss (ECF No. 200).

The dismissal of the Debtor Defendants from this action is without prejudice to any rights, claims, or defenses that Plaintiffs or the Debtor Defendants may assert against one another in any other action or proceeding;

Nothing in this Stipulation shall be construed as an admission by any party, a waiver of any claims or defenses, or a determination by this Court regarding any rights or liabilities between Plaintiffs and the Debtor Defendants outside of this interpleader action;

/ / /

/ / /

/ / /

/ / /

3

Each party shall bear its own attorneys' fees and costs relating to the Debtor Defendants' motion and this stipulation.

**IT IS SO STIPULATED.**

DATED: April 24, 2026

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel: 702.408.3400
Email: rholley@spencerfane.com
        mbacon@spencerfane.com
—and—
DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
—and—
CHOATE, HALL & STEWART LLP
Douglas R. Gooding (admitted pro hac vice)

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

DATED: April 24, 2026

BANKRUPTCY RECOVERY GROUP, LLC

/s/ Gregory E. Garman
Gregory E. Garman, Esq. (SBN 6654)
Talitha Gray Kozlowski, Esq. (SBN 9040)
Dylan Ciciliano, Esq. (SBN 12348)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702.483.6126
E:mail: ggarman@brg.legal
        tgray@brg.legal
        dciciliano@brg.legal
—and—
HOUMAND LAW FIRM, LTD.
Jacob L. Houmand, Esq. (SBN 12781)
Bradley G. Sims, Esq. (SBN 11713)

*Attorneys for Ryan A. Andersen, Chapter 7 Trustee for the estates of Affinitylifestyles.com, Inc., Real Water, Inc., and Real Water of Tennessee, LLC*

The parties' stipulation **[ECF No. 240] is approved**.

_____
UNITED STATES DISTRICT JUDGE
DATED: May 4, 2026