ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET LAW**
350 S. Rampart Blvd, Ste 310
Las Vegas, Nevada 89145
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com
*Attorneys for Lisa King*

EGLET LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OHIO SECURITY INSURANCE COMPANY, et al., [1]
Plaintiff,
vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, et. al,

Defendants.

Case No.: 2:25-cv-00399-CDS-EJY

**PUNITIVE DEFENDANT LISA KING'S MOTION TO WITHDRAWAL ASHLEY ELYSE KABINS, ESQ., CAROLINE R. REILLY, ESQ., AND MAGGIE ANN DIFEDERICO, ESQ. AS COUNSELS OF RECORD**

Pursuant to LR IA 11-6(b), Punitive Defendant, LISA KING ("Punitive Defendant"), by and through her attorneys of record, respectfully move the Court to withdraw Ashley E. Kabins, Esq., Caroline R. Reilly, Esq., and Maggie Ann DiFederico, Esq. as counsel of record. Ms. Kabins, Ms. Reilly and Ms. DiFederico represented Punitive Defendant while at the law firm of Eglet Law, but have since left Eglet Law. Accordingly, Punitive Defendant request that they be removed from the Court's service list reflected on the docket.

Robert T. Eglet, Esq, and Erica D. Entsminger, Esq. of Eglet Law continue to serve as counsel for Punitive Defendant in this case. The proposed withdrawal of Ms. Kabins, Ms. Reilly and Ms. DiFederico will not result in any delays in litigating this action.

---

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

Notice of Withdrawal of Ms. Kabins, Ms. Reilly and Ms. DiFederico is being provided to opposing counsel and all other counsel of record through this filing on the Court's ECF system.

For the reasons stated above, Punitive Defendant respectfully requests that the Court approve the withdrawal of Ashley E. Kabins, Esq., Caroline R. Reilly, Esq., and Maggie Ann DiFederico, Esq., as counsels of record for Punitive Defendant.

Dated this 6th day of August, 2026.

*/s/Erica D. Entsminger, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET LAW**
350 S. Rampart Blvd. Ste 310
Las Vegas, Nevada 89145
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
Email: eservice@egletlaw.com
*Attorneys for Lisa King*

EGLET LAW

**ORDER**

It is so ordered that Ashley E. Kabins, Esq., Caroline R. Reilly, Esq., and Maggie Ann DiFederico, Esq., be withdrawn from this matter and removed from the CM/ECF service list (akabins@kahanafeld.com; caroline@claggettlaw.com; maggie@adamsham.com, eservice@adamsham.com, jsalado@adamsham.com) and any other service lists for this matter.

**IT IS SO ORDERED.**

DATED: August 7, 2026

UNITED STATES MAGISTRATE JUDGE

EGLET LAW