Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
**100 N. City Parkway, Suite 1560**
Las Vegas, NV 89106
Telephone: 415.957.3179
Email: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
**SPENCER FANE, LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com
mbacon@spencerfane.com

Douglas R. Gooding (admitted *Pro hac vice)*
Jean-Paul Jaillet (admitted *Pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
jjaillet@choate.com

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OHIO SECURITY INSURANCE COMPANY, *et al.*,

Plaintiffs,

vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,

Defendants.

Case No.: 2:25-cv-00399-CDS-EJY

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' TO RESPOND TO: (1) DEFENDANTS' MOTION TO DISMISS [ECF NO. 265]; (2) MOTION TO STAY CASE [ECF NO. 266]; AND (3) JOINDER TO MOTION TO DISMISS [ECF NO. 267], AND FOR PUTATIVE DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT THEREOF**

**(FIRST REQUEST)**

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs"), and Defendants (collectively with Plaintiffs, the "Parties"), by and through their

counsel, hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendants' pending: (1) Motion to Dismiss for Lack of Subject Matter Jurisdiction Under 28 U.S.C. ¶1335 [ECF No. 265]; (2) Motion to Stay Case [ECF No. 266]; and (3) Joinder to Motion to Dismiss [ECF Nos. 267] (collectively, the "Motions"), which responses are currently due on September 4, 2026, up to and including **September 11, 2026**. Defendants shall likewise have additional time to file their Replies in support of those Motions. The deadline for Defendants to file their Replies, currently September 11, 2026, is hereby extended up to and including **September 25, 2026**. This is the first request for an extension of said briefing deadlines and is requested in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: August 31, 2026

**KEMP JONES**

By: */s/ Eric Pepperman (w/ permission)*
Will Kemp (SBN 1205)
Eric Pepperman (SBN 11697)
Breanna Switzler (SBN 15653)

Attorneys for Certain Plaintiffs (as identified in the subject motions)

**EGLET LAW**

By: */s/ Erica D. Entsminger (w/ permission)*
Robert T. Eglet (SBN 3402)
Erica D. Entsminger (SBN 7432)

Attorneys for Defendant Lisa King

**DUANE MORRIS LLP**

By: */s/ Dominica C. Anderson*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

—and—

**SPENCER FANE, LLP**

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)

—and—

**CHOATE, HALL & STEWART LLP**

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**ORDER**

Upon consideration of the Parties' foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2026