Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Douglas R. Gooding (*pro hac vice*)
Jean-Paul Jaillet (*pro hac vice)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
jjaillet@choate.com

Richard F. Holley, Esq.
Nevada Bar No. 3077
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com

Attorneys for Plaintiffs *Ohio Security Insurance Company,*
*Peerless Indemnity Insurance Company,*
*The Ohio Casualty Insurance Company, and*
*West American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire, *et al.,*[1]

Plaintiffs,

vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation, *et al.,*

Defendants.

Case No.: 2:25-cv-00399-CDS-EJY

**JOINT STATUS REPORT RE MEET AND CONFER AND REQUEST TO DEFER DISCOVERY AND EXTEND DEADLINES FOR A DISCOVERY PLAN AND SCHEDULING ORDER**

Plaintiffs-in-Interpleader Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Liberty"), Defendants Certain Personal Injury Claimants[2] and those parties appearing

[1] Pursuant to Federal Rules of Civil Procedure 10(a), the caption has been abbreviated. The full caption is set forth in the Complaint at ECF No. 1.

[2] "Certain Personal Injury Plaintiffs/Putative Defendants" means and refers to: Bryan Abele; Sandra Abele; Trevor Abele; Agnes Aleksander; Yvonne Arnone; Silviya Atanasova; Richard Belsky; Andria Bordenave; Jereme Botiz; Miriam Brody; Hunter Brown; Pamela Brown; Nicole Chang; Jenna Consiglio; Niegal Davis-

through undersigned counsel (collectively referred to herein as "Defendants" and together with Liberty the "Parties"), by and through their attorneys of record, hereby stipulate and agree and therefore move for an order as follows:

WHEREAS, pursuant to this Court's July 23, 2026 Minute Order ("July 2026 Order"), the Court lifted the stay of discovery and further ordered "that the parties must meet and confer regarding discovery" by August 19, 2026, and "must file a proposed stipulated discovery plan and scheduling order no later than September 2, 2026." (ECF No. 254);

WHEREAS, on August 19, 2026, the Parties through counsel met and conferred via video conference to discuss the topics addressed in the July 2026 Order ("Meet and Confer Conference");

WHEREAS, during the Meet and Confer Conference, Liberty indicated its intent to file a motion for interpleader discharge ("Discharge Motion") in the above-captioned matter;

WHEREAS, in light of Liberty's intent to file the Discharge Motion, the Parties agree that a deferral of discovery is warranted until after this Court rules on the Discharge Motion and, therefore, this Court should continue the deadlines set by the July 2026 Order until a certain time after the Discharge Motion is ruled upon;

WHEREAS, on August 21, 2026, Certain Personal Injury Plaintiffs filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction under 28 U.S.C. § 1335 (ECF No. 265) (the "Motion to Dismiss") and a contemporaneous Motion to Stay the entire case (ECF No. 266) (the "Motion to Stay");

---

Richard; James Delmar; Vanya Diaz; Kathleen Gacias; Matthew Gonzalez' Tina Hartshorn; Tiquionte Henry; James Hu; Myles Hunwardsen; Estate of Milo Hurst; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; L. Kaveh, a minor child, by and through her natural parents Kourosh Kaveh and Jill Raw; Kourosh Kaveh; Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; S. Morales, a minor child, by and through his father Jorge Morales; Jorge Morales; Karla Moreno; Glen Morris; Lorenzo Muniz; Cheryl Nally; Monica Branch-Noto; Abraham Olvera; Bruce Parent; Cheri Rasmussen; Judith Ryerson, as Special Administratrix of the Estate of Kathleen Ryerson and as heir of Kathleen Mustain Ryerson; Patricia Sutherland, as heir of Kathleen Mustain Ryerson; Judith Beaumeier, Administratrix of the Estate of Richard Ryerson (Decedent), as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through her parents Nikolay and Candice Sharapov; Nikolay Sharapov;; Christina Sosa; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; L.Y. Williams, a minor child, by and through her mother Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; Sante Williams; Brandy Wren; Christopher Brian Wren; C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian Wren and Emely Wren; and Emely Wren.

WHEREAS, this is the Parties' first stipulation for a deferral of discovery and extension of time to comply with the July 2026 Order.

NOW, THEREFORE, Liberty and the Defendants stipulate and agree to the following:

1. Considering Liberty's intent to file a Discharge Motion, a deferral of discovery is warranted until after this Court rules on the Discharge Motion;
2. Considering there is a pending Motion to Dismiss and Motion to Stay, a deferral of discovery is warranted until after this Court rules on the Motion to Dismiss and Motion to Stay;
3. The deadlines set forth in the Court's July 2026 Order requiring the Parties to meet and confer and propose a discovery plan and scheduling order shall be deferred and recalculated upon the final disposition of Liberty's Discharge Motion and Certain Personal Injury Plaintiffs' Motion to Dismiss and Motion to Stay.

Liberty and the Defendants respectfully request that the Court enter an Order in accordance with the foregoing.

**IT IS SO ORDERED; provided, documents seeking any form of relief must be styled as a motion, unopposed motion, joint motion, or stipulation. In the future, filings must be properly styled.**

DATED: September 4, 2026

**UNITED STATES MAGISTRATE JUDGE**

**IT IS SO STIPULATED.**

Dated: September 2, 2026

DUANE MORRIS LLP

By: */s/ Dominica Anderson*
Dominica C. Anderson
Attorney for Plaintiffs/Liberty

Dated: September 2, 2026

KEMP JONES LLP

By: */s/ Eric Pepperman*
Eric Pepperman
Attorney for Certain Personal Injury Claimants



DM1\302308630.1

Dated: September 2, 2026

EGLET LAW

By: */s/ Erica Entsminger*
Erica Entsminger
Attorney for Defendant Lisa King

Dated: September 2, 2026

CHRISTIAN MORRIS TRIAL ATTORNEYS
By: */s/ Sarah DiSalvo*
Christian Morris
Sarah DiSalvo
Attorneys for Defendants Kristina A. Allan, Robert L. McGovern, and Grace Zimmerman

Dated: September 2, 2026

CAMPBELL & WILLIAMS
By: */s/ Samuel Mirkovich*
Samuel R. Mirkovich
Attorneys for Defendants the Carrier Family

Dated: September 2, 2026

WOMBLE BOND DICKINSON (US) LLP
By: */s/ J. Christopher Jorgensen*
J. Christopher Jorgensen
Attorney for Defendant Costco Wholesale Corporation