WILL KEMP, ESQ., NV Bar No. 1205
c.porter@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
*Attorneys for Putative Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-00399-CDS-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PUTATIVE DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR (1) MOTION TO DISMISS [ECF NO. 265] AND (2) MOTION TO STAY CASE [ECF NO. 266]**<br><br>**(SECOND REQUEST)**<br><br>**-AND-**<br><br>**PUTATIVE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISSS THEIR COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs"), and Putative Defendants[1] (collectively with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate and agree to extend the time for Putative Defendants to file their Replies in Support of their pending: (1) Motion to Dismiss for Lack of Subject Matter Jurisdiction Under 28 U.S.C. ¶1335 [ECF No. 265]; (2) Motion to Stay Case [ECF No. 266]. The deadline for Putative Defendants to file their Replies is hereby extended from September 25, 2026, up to and including **October 2, 2026**.

Further, the Parties stipulate and agree to extend the time for Putative Defendants to file their Response to Plaintiffs' Motion to Dismiss Counterclaim [ECF No. 294], which is currently due on September 30, 2026, up to and including **October 2, 2026**.

This is the first request for an extension of the briefing deadline for Putative Defendants' Response and the second request for an extension of the briefing deadlines for Putative Defendants' Replies. This extension is requested in good faith and not for the purpose of delay, based on Putative Defendants' counsel's trial-related deadlines in another matter.

/ / /

/ / /

/ / /

[1] "Putative Defendants" means and refers to: Bryan Abele; Sandra Abele; Trevor Abele; Agnes Aleksander; Yvonne Arnone; Silviya Atanasova; Richard Belsky; Andria Bordenave; Jereme Botiz; Miriam Brody; Hunter Brown; Pamela Brown; Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Kathleen Gacias; Matthew Gonzalez' Tina Hartshorn; Tiquionte Henry; James Hu; Myles Hunwardsen; Estate of Milo Hurst; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; L. Kaveh, a minor child, by and through her natural parents Kourosh Kaveh and Jill Raw; Kourosh Kaveh; Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; S. Morales, a minor child, by and through his father Jorge Morales; Jorge Morales; Karla Moreno; Glen Morris; Lorenzo Muniz; Cheryl Nally; Monica Branch-Noto; Abraham Olvera; Bruce Parent; Cheri Rasmussen; Judith Ryerson, as Special Administratrix of the Estate of Kathleen Ryerson and as heir of Kathleen Mustain Ryerson; Patricia Sutherland, as heir of Kathleen Mustain Ryerson; Judith Beaumeier, Administratrix of the Estate of Richard Ryerson (Decedent), as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through her parents Nikolay and Candice Sharapov; Nikolay Sharapov;; Christina Sosa; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; L.Y. Williams, a minor child, by and through her mother Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; Sante Williams; Brandy Wren; Christopher Brian Wren; C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian Wren and Emely Wren; and Emely Wren.

**IT IS SO STIPULATED.**

Dated: September 23, 2026

**KEMP JONES**

By: */s/ Eric Pepperman*
Will Kemp (SBN 1205)
Eric Pepperman (SBN 11697)
Breanna Switzler (SBN 15653)

*Attorneys for Putative Defendants*

**DUANE MORRIS LLP**

By: */s/ Dominica Anderson*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

—and—

**SPENCER FANE, LLP**

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)

—and—

**CHOATE, HALL & STEWART LLP**

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)

*Attorneys for Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

IT IS SO ORDERED this 23rd day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE