Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
**100 N. City Parkway, Suite 1560**
Las Vegas, NV 89106
Telephone: 415.957.3179
Email: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
**SPENCER FANE, LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com
mbacon@spencerfane.com

Douglas R. Gooding (admitted *Pro hac vice)*
Jean-Paul Jaillet (admitted *Pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
jjaillet@choate.com

Attorneys for Plaintiffs and Counter-Defendants *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OHIO SECURITY INSURANCE COMPANY, *et al.*,

Plaintiffs,

vs.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,

Defendants.

AND RELATED COUNTERCLAIMS

Case No.: 2:25-cv-00399-CDS-EJY

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS AND COUNTER-DEFENDANTS' TO RESPOND TO DEFENDANTS AND COUNTERCLAIMANTS' COUNTERCLAIM [ECF NO. 292]**

**(FIRST REQUEST)**

Plaintiffs and Counter-Defendants Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs"), and Defendants and Counterclaimants Allon Adar-Burla and Catherine Britton ("Counterclaimants") (collectively with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate and agree to extend the time for Plaintiffs to respond to

Counterclaimants' Counterclaim [ECF No. 292], which responses are currently due on October 6, 2026, up to and including **October 19, 2026**. This is the first request for an extension of said briefing deadlines and is requested in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: October 5, 2026

**THE COTTLE FIRM**

By: */s/ Matthew D. Minucci (w/permission)*
Robert W. Cottle (SBN 4576)
Matthew D. Minucci (SBN 12449)

Attorneys for Defendants and Counterclaimants Allon Adar-Burla and Catherine Britton

**DUANE MORRIS LLP**

By: */s/ Dominica C. Anderson*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

—and—

**SPENCER FANE, LLP**

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)

—and—

**CHOATE, HALL & STEWART LLP**

Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)

Attorneys for Plaintiffs and Counter-Defendants *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**ORDER**

Upon consideration of the Parties' foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED: October 5, 2026

UNITED STATES MAGISTRATE JUDGE