WILL KEMP, ESQ., NV Bar No. 1205
c.porter@kempjones.com
ERIC PEPPERMAN, ESQ., NV Bar No. 11679
e.pepperman@kempjones.com
BREANNA SWITZLER, ESQ., NV Bar No. 15653
b.switzler@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
*Attorneys for Putative Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-00399-CDS-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PUTATIVE DEFENDANTS TO FILE THEIR RESPONSE TO DEFENDANTS ALLON ADAR-BURLA AND CATHERINE BRITTON'S MOTION FOR DISBURSEMENT OF INTERPLEADER FUNDS UNDER 28 U.S.C § 1335 [ECF NO. 300]**<br><br>**(FIRST REQUEST)** |

Defendants Allon Adar-Burla and Catherine Britton ("collectively Movants"), by and through their counsel of record, and Putative Defendants[1] (collectively with Movants, the "Parties"), by and

[1] "Putative Defendants" means and refers to: Bryan Abele; Sandra Abele; Trevor Abele; Agnes Aleksander; Yvonne Arnone; Silviya Atanasova; Richard Belsky; Andria Bordenave; Jereme Botiz; Miriam Brody; Hunter Brown; Pamela Brown; Nicole Chang; Jenna Consiglio; Niegal Davis-Richard; James Delmar; Vanya Diaz; Kathleen Gacias; Matthew Gonzalez' Tina Hartshorn; Tiquionte Henry; James Hu; Myles Hunwardsen; Estate of Milo Hurst; Tevis Hurst, individually and as Administratrix of the Estate of Milo Hurst; Yaniv Ittah, as Special Administrator of the Estate of Adir Ittah; Lorraine Kalayanaprapruit; L. Kaveh, a minor child, by and through her natural parents Kourosh Kaveh and Jill Raw; Kourosh Kaveh; Jill Raw; Ginger Land-Van Buuren; Vincent Linke; Cary Mano; Jose Martinez; Gray Maynard; S. Morales, a minor child, by and through his father Jorge Morales; Jorge Morales; Karla Moreno; Glen Morris; Lorenzo Muniz; Cheryl Nally; Monica Branch-Noto; Abraham Olvera; Bruce Parent; Cheri Rasmussen; Judith Ryerson, as Special Administratrix of the Estate of Kathleen Ryerson and as heir of Kathleen Mustain Ryerson; Patricia Sutherland, as heir of Kathleen Mustain Ryerson; Judith Beaumeier, Administratrix of the Estate of Richard Ryerson (Decedent), as heir of Kathleen Mustain Ryerson; Jazmin Schaffer; Candice Sharapov; L. Sharapov, a minor child, by and through his parents Nikolay and Candice Sharapov; Z. Sharapov, a minor child, by and through her parents Nikolay and Candice Sharapov; Nikolay Sharapov; Christina Sosa; Carolyn Strong; Li Ching Tao; Daniel Taylor; Joseph Tegano; Monica Vozza; Steven Wadkins; Daisy Wei; L.Y. Williams, a minor child, by and through her mother Sante Williams; L.O. Williams, a minor child, by and through her mother Sante Williams; Sante Williams; Brandi

through their counsel, hereby stipulate and agree to extend the time for Putative Defendants to file their Response to Movants' Motion for Disbursement of Interpleader Funds Under U.S.C. § 1335 [ECF No. 300]. The deadline for Putative Defendants' Response, which is currently October 15, 2026, is hereby extended up to and including **October 22, 2026**. This is the first request for an extension of the briefing deadlines. The requested extension is intended to streamline the briefing schedule in light of Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company's (collectively, "Liberty") request to extend their response deadline to October 22, 2026. Accordingly, this request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: October 15, 2026

**KEMP JONES**

By: /s/ *Eric Pepperman*
Will Kemp (SBN 1205)
Eric Pepperman (SBN 11697)
Breanna Switzler (SBN 15653)

*Attorneys for Putative Defendants*

**THE COTTLE FIRM**

By: /s/ *Matthew Minucci*
Robert W. Cottle (SBN 4576)
Matthew D. Minucci (SBN 12449)

*Attorneys for Defendants Allon Adar-Burla and Catherine Britton*

**IT IS SO ORDERED.**



UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2026

Wren; Christopher Brian Wren; C.N. Wren, a minor child, by and through his Guardians Ad Litem, Christopher Brian Wren and Emely Wren; and Emely Wren.