Jeffrey R. Hall (9573)
Cheryl C. Bradford (9765)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
jhall@hutchlegal.com
cbradford@hutchlegal.com

*Attorneys for KeHE Distributors of Nevada, LLC And KeHe Distributors, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada Corporation; REAL WATER, INC., a Delaware Corporation; REAL WATER OF TENNESSEE, LLC; COSTCO WHOLESALE CORPORATION, a Washington corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware limited liability company; NEVADA BEVERAGE CO., a Nevada corporation; T.A., a minor child, by and through his parents, BRYAN and SANDRA ABELE; BRYAN ABLE, individually; SANDRA ABELE, individually; ALLON ADAR-BURLA, individually; AGNES ALEKSANDER, individually; PETER ANTHONY | Case No.: 2:25-cv-00399-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS KEHE DISTRIBUTORS OF NEVADA, LLC AND KEHE DISTRIBUTORS, INC. TO FILE THEIR RESPONSE TO DEFENDANTS ALLON ADAR-BURLA AND CATHERINE BRITTON'S MOTION FOR DISBURSEMENT OF INTERPLEADER FUNDS UNDER 28 U.S.C. § 1335 [ECF NO. 300]**<br><br>**(FIRST REQUEST)** |

ARAMBULA, individually; YVONNE ARNONE, individually; SILVIYA ATANASOVA also known as SLYVIA ATANASOVA, individually; RICHARD BELSKY, individually; KRISTINA A. ALLAN, formerly KRISTINA A. BIENEK, individually; ANDRIA BORDENAVE, individually; JEREME BOTIZ, individually; CATHERINE BRITTON, individually; MIRIAM BRODY, individually; HUNTER BROWN, individually; PAMELA BROWN, individually; SARAH CALLOVI, individually; ARIKA CARRIER, individually, and on behalf of his minor children H.C. and F.C.; RYAN CARRIER, individually, and on behalf of his minor children H.C. and F.C.; NICOLE CHANG, individually; CRYSTAL CHOBAK, individually; JENNA CONSIGLIO, individually; NIEGAL DAVIS-RICHARD, individually; JAMES DELMAR, individually; VANYA DIAZ, individually; TYLER DIELMANN, individually; KATHLEEN GACIAS, individually; MATTHEW GONZALEZ, individually; TINA HARTSHORN, individually; TIQUIONTE HENRY, individually; JUAN DWAYNE HIGH, individually; JAMES HU, individually; MYLES HUNWARDSEN, individually; ESTATE OF MILO HURST; TEVIS HURST, individually and as Administratrix of the ESTATE OF MILO HURST; YANIV ITTAH, as special administrator of the ESTATE OF ADIR ITTAH (DECEDENT); BLAIN JONES, individually; CINDY JONES, individually; LORRAINE A. KALAYANAPRAPRUIT, individually; L.K., a minor child, by and through her natural parents KOUROSH KAVEH and JILL RAW; KOUROSH KAVEH, individually; JILL RAW, individually; LISA KING, individually; JOHN KURHANEWICZ, individually; SHELBY KURHANEWICZ, individually; GINGER LAND-VAN BUUREN, individually; VINCENT LINKE, individually; CARY MANO, individually; JOSE MARTINEZ, individually; GRAY MAYNARD, individually; ROBERT L. MCGOVERN, individually; RUDY MORALES, individually; S.M., a minor child,

by and through his father JORGE MORALES; JORGE MORALES, individually; KARLA MORENO, individually; CHRISTIAN MORIMANDO, individually; GLEN MORRIS, individually; LORENZO MUNIZ, individually; CHERYL NALLY also known as CHERYL NALL, individually; MONICA BRANCH NOTO, individually; ABRAHAM OLVERA, individually; BRENDA ALANIZ, as guardian ad litem for ABRAHAM OLVERA; BRUCE PARENT, individually; ANDREA PROKOVA, individually; CHERI RASMUSSEN, individually; JESCE RICHT, individually; JUDITH RYERSON, as Special Administratix of the ESTATE OF KATHLEEN RYERSON and as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); RICHARD RYERSON, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); PATRICIA SUTHERLAND, as heir of KATHLEEN MUSTAIN RYERSON (DECEDENT); JAZMIN SCHAFFER, individually; CANDICE SHARAPOV, individually; L.S., a minor child, by and through his parents NIKOLAY and CANDICE SHARAPOV; Z.S., a minor child, by and through her parents NIKOLAY and CANDICE SHARAPOV; NIKOLAY SHARAPOV, individually; CHRISTINA SOSA, individually; CAROLYN STRONG, individually; LI CHING TAO, individually; DANIEL TAYLOR, individually; JOSEPH TEGANO, individually; NATHAN VINCELETTE, individually; MONICA VOZZA, individually; STEVEN WADKINS, individually; DAISY WEI, individually; L.Y.W., a minor child by and through her mother SANTE WILLIAMS; L.O.W., a minor child by and through her mother SANTE WILLIAMS; SANTE WILLIAMS, individually; BRANDY WREN, individually; CHRISTOPHER BRIAN WREN, individually; C.N.W., a minor child by and through his Guardian Ad Litems CHRISTOPHER BRIAN WREN and EMELY WREN; EMELY WREN, individually; GRACE ZIMMERMAN, individually, and DOES 1 through 100, inclusive,

Defendants.

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS KEHE DISTRIBUTORS OF NEVADA, LLC AND KEHE DISTRIBUTORS, INC. TO FILE THEIR RESPONSE TO DEFENDANTS ALLON ADAR-BURLA AND CATHERINE BRITTON'S MOTION FOR DISBURSEMENT OF INTERPLEADER FUNDS UNDER 28 U.S.C. § 1335 [ECF NO. 300] (FIRST REQUEST)**

Defendants Allon Adar-Burla and Catherine Britton, by and through their counsel of record, and Defendants KeHE Distributors of Nevada, LLC and KeHE Distributors, Inc., by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants KeHe Distributors of Nevada, LLC and KeHE Distributors, Inc., to file their response to Defendants Allon Adar-Burla and Catherine Britton's Motion for Disbursement of Interpleader Funds Under U.S.C. § 1335 [ECF No. 300]. The deadline for KeHE Distributors of Nevada, LLC and KeHE Distributors, Inc.'s response, which is currently October 15, 2026, is hereby extended up to and including October 22, 2026. This is the first request for an extension of the briefing deadlines. The requested extension is intended to streamline the briefing schedule in light of Plaintiffs and Putative Defendants request to extend their respective response deadlines to October 22, 2026. Accordingly, this request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED**

Dated this 15th day of October, 2026.
**HUTCHISON & STEFFEN, PLLC**

*/s/ Cheryl C. Bradford*
____________________________
Jeffrey R. Hall (9572)
Cheryl C. Bradford (9765)
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for*
*KeHE Distributors of Nevada, LLC and*
*KeHE Distributors, Inc.,*

Dated this 16th day of October, 2026.
**THE COTTLE FIRM**

*/s/ Matthew D. Minucci*
____________________________
Robert W. Cottle (4576)
Matthew D. Minucci (12449)
8635 S Eastern Ave.
Las Vegas, NV 89123
*Attorneys for Defendants*
*Allon Adar-Burla and Catherine Britton*

**IT IS SO ORDERED.**

__________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2026