Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
**100 N. City Parkway, Suite 1560**
Las Vegas, NV 89106
Telephone: 415.957.3179
Email: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Richard F. Holley (SBN 3077)
**SPENCER FANE, LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholly@spencerfane.com
mbacon@spencerfane.com

Douglas R. Gooding (admitted *Pro hac vice)*
Jean-Paul Jaillet (admitted *Pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: +1 617.248.5000
Facsimile: +1 617.248.4000
Email: dgooding@choate.com
jjaillet@choate.com

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OHIO SECURITY INSURANCE COMPANY, *et al.*,

Plaintiffs

v.

AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, *et al.*,

Defendants

AND RELATED COUNTERCLAIMS

Case No.: 2:25-cv-00399-CDS-EJY

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR DISBURSEMENT OF INTERPLEADER FUNDS UNDER 28 U.S.C § 1335 [ECF NO. 300]**

**(FIRST REQUEST)**

[ECF No. 309]

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs"), and Defendants Allon Adar-Burla and Catherine Britton ("Defendants") (collectively with Plaintiffs, the "Parties"), by and through their counsel, hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendants' Motion for Disbursement of Interpleader Funds Under

U.S.C. § 1335 [ECF No. 300], which responses are currently due on October 15, 2026, up to and including **October 22, 2026**. This is the first request for an extension of said briefing deadlines and is requested in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: October 13, 2026

**THE COTTLE FIRM**

By: */s/ Matthew D. Minucci (w/permission)*
Robert W. Cottle (SBN 4576)
Matthew D. Minucci (SBN 12449)

Attorneys for Defendants Allon Adar-Burla and Catherine Britton

**DUANE MORRIS LLP**

By: */s/ Dominica C. Anderson*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

—and—

**SPENCER FANE, LLP**

Richard F. Holley (SBN 3077)

—and—

**CHOATE, HALL & STEWART LLP**

Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)

Attorneys for Plaintiffs *Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company*

**ORDER**

Upon consideration of the parties' foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated: October 28, 2026

__________________________________
UNITED STATES DISTRICT JUDGE



DM1\302495774.1